GARY M. RESTAINO
United States Attorney
District of Arizona

JACQUELINE SCHESNOL
Assistant United States Attorney
Arizona State Bar No. 016742
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: jacqueline.schesnol@usdoj.gov
Attorney for Plaintiff

FILED ____ LODGED
RECEIVED ____ COPY

MAR 2 6 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Marcus Andre Jones,<br><br>　　　　　Defendant. | No.　　CR-24-00529-PHX-DJH (ESW)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. § 924(a)(1)(A)<br>　　　(False Statement During the Purchase<br>　　　of a Firearm)<br>　　　Counts 1 – 7<br><br>　　　18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>　　　(Material False Statement During the<br>　　　Purchase of a Firearm)<br>　　　Counts 8 – 14<br><br>　　　18 U.S.C. §§ 924(d), 981 and 982;<br>　　　21 U.S.C. §§ 853 and 881; and<br>　　　28 U.S.C. § 2461(c)<br>　　　(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

### COUNTS 1 - 7

On or between September 5, 2020 and February 9, 2021, in the District of Arizona, Defendant MARCUS ANDRE JONES knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant MARCUS ANDRE JONES did execute

a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant MARCUS ANDRE JONES resided at an address on Emile Zola Ave. in Phoenix, Arizona, whereas in truth and fact, Defendant MARCUS ANDRE JONES knew that he resided at a different address:

| Count | Date | Business (FFL) |
|---|---|---|
| 1 | 9/5/2020 - 9/12/2020 | Cave Creek Guns |
| 2 | 10/29/2020 | Glockmeister |
| 3 | 12/14/2020 | Pistol Parlour |
| 4 | 12/20/2020 | Mo-Money Pawn |
| 5 | 1/17/2021 | Alpha Dog Firearms |
| 6 | 2/1/2021 | Arizona Firearms |
| 7 | 2/9/2021 | Pistol Parlour |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNTS 8 - 14

On or between September 5, 2020 and February 9, 2021, in the District of Arizona, Defendant MARCUS ANDRE JONES knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant MARCUS ANDRE JONES did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was the actual

transferee/buyer, whereas in truth and fact, he knew that he was purchasing the firearms for someone else:

| Count | Date | Business (FFL) |
|---|---|---|
| 8 | 9/5/2020 - 9/12/2020 | Cave Creek Guns |
| 9 | 10/29/2020 | Glockmeister |
| 10 | 12/14/2020 | Pistol Parlour |
| 11 | 12/20/2020 | Mo-Money Pawn |
| 12 | 1/17/2021 | Alpha Dog Firearms |
| 13 | 2/1/2021 | Arizona Firearms |
| 14 | 2/9/2021 | Pistol Parlour |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 through 14 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d), 981, and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 14 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

- 3 -

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d), 981 and 982, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: March 26, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
JACQUELINE SCHESNOL
Assistant U.S. Attorney

- 4 -